FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 13, 2022

No. 04-22-00025-CV

**IN INTEREST OF M.N.R., A CHILD**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00300
Honorable Susan D. Reed, Judge Presiding

# O R D E R

Appellant's Motion for Extension of Time to File Notice of Appeal is hereby GRANTED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of January, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court